IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DEMOS,

    Plaintiff,                    No. CIV S-05-2453 FCD KJM PS

    vs.

C&H SUGAR,

    Defendant.                ORDER

_____/

        Plaintiff is proceeding in this action pro se. Plaintiff previously was granted permission to proceed in forma pauperis, with the filing fee to be paid in installments. However, the court has now been advised that plaintiff has filed numerous complaints in the federal courts, at least three of which have been dismissed as frivolous. See Letter from Washington Department of Corrections dated December 20, 2005 and exhibits attached thereto (filed in this case on January 6, 2006).[1]

/////

/////

/////

---

[1] The letter indicates a "carbon copy" was sent by the sender to plaintiff.

1    Section 1915(g) of Title 28 of the United States Code provides in relevant part
2 that a prisoner may not proceed in forma pauperis with a civil action

> if the prisoner has, on 3 or more prior occasions, while incarcerated
> or detained in any facility, brought an action or appeal in a court of
> the United States that was dismissed on the grounds that it is
> frivolous, malicious, or fails to state a claim upon which relief may
> be granted, unless the prisoner is under imminent danger of serious
> physical injury.

28 U.S.C. § 1915(g).  Plaintiff has not alleged facts that suggest he is under imminent danger of serious physical injury, but rather complains of ill effects allegedly suffered in the past following the ingestion of sugar on or about February 12, 2005.  Thus, plaintiff must pay the full filing fee in order to proceed with this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 12, 2005 order granting the motion to proceed in forma pauperis and the December 12, 2005 order directing monthly payments from the prison account of plaintiff are hereby vacated.

2. Plaintiff's motion to proceed in forma pauperis is denied.

3. Plaintiff shall submit, within twenty days from the date of this order, the $250.00 filing fee for this action.

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

5. The Clerk of the Court is directed to serve a copy of this order on The Warden of the Washington State Penitentiary, 1313 North 13th Avenue, Walla Walla, WA   99362.

/////
/////
/////
/////
/////

6. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: January 9, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
demos.payfee