1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN DEMOS,

11          Plaintiff,                    No. CIV S-05-2453 FCD KJM PS

12      vs.

13   C&H SUGAR,

14          Defendant.             <u>FINDINGS & RECOMMENDATIONS</u>

15   _____/

16          By order filed January 10, 2006, this court directed plaintiff to submit, within

17   twenty days, the $250.00 filing fee for this action and was cautioned that failure to do so would

18   result in a recommendation that this action be dismissed.  The twenty days have since passed, and

19   plaintiff has not paid the filing fee or otherwise responded to the court's order.  Accordingly, IT

20   IS HEREBY RECOMMENDED that this action be dismissed.

21          These findings and recommendations will be submitted to the United States

22   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

23   twenty days after being served with these findings and recommendations, plaintiff may file

24   written objections with the court.  The document should be captioned "Objections to Magistrate

25   Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

26   /////

1

within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  April 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

demo2453.fff